

**NUMBER 13-15-00517-CV**
**NUMBER 13-15-00523-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BROOKS DITTO, BILLY PEMBLETON,**
**AND KARINA CASTANEDA**                                    **Appellants,**

**v.**

**JUDITH CAMPOS AND JESSY CAMPOS,**                     **Appellees.**

---

**On appeal from County Court at Law No. 1**
**of Hidalgo County, Texas.**

---

# ORDER

**Before Justices Benavides, Perkes, and Longoria**
**Order Per Curiam**

These two causes are currently pending before this Court. Appellants' brief was

filed on December 16, 2015. Appellees have not filed their brief. Additionally, this case

is set for submission on oral argument on May 24, 2016. The Court having fully examined

the record and appellant's brief hereby ORDERS appellees to file their brief within twenty days of this Court's order.

      IT IS SO ORDERED.

                                   PER CURIAM

Delivered and filed the
18th day of April, 2016.